IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02625-WDM-MEH

COLORADO OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND,

    Plaintiff,

v.

CLARKE & SAMPSON, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 17, 2007.**

    Plaintiff's Unopposed Motion to Amend Scheduling Order [Filed May 17, 2007; Docket #37] is **granted**. The expert disclosure deadline is changed to June 15, 2007, and the rebuttal expert disclosure deadline is reset to July 15, 2007.