IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02625-WDM-MEH

COLORADO OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND,

    Plaintiff,

v.

CLARKE & SAMPSON, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 11, 2007.**

For good cause shown, Plaintiff's Unopposed Motion to Amend Scheduling Order [Filed June 8, 2007; Docket #40] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Expert disclosures: | July 9, 2007 |
| Rebuttal expert disclosures: | August 6, 2007 |
| Discovery cut-off: | August 31, 2007 |
| Dispositive motion deadline: | September 11, 2007 |