IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02625-WDM-MEH

COLORADO OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND,

    Plaintiff,

v.

CLARKE & SAMPSON, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 17, 2007.**

    Defendant's Unopposed Motion to Amend Scheduling Order [Filed August 15, 2007; Docket #53] is **granted**. The discovery cut-off is changed to September 14, 2007, and the deadline for all dispositive and discovery motions is reset to September 25, 2007.

    The Final Pretrial Conference remains scheduled for November 26, 2007.