IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02625-WDM-MEH

COLORADO OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND,

    Plaintiff,

v.

CLARKE & SAMPSON, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 22, 2007.**

    Based on the parties' settlement, Plaintiff's Motion to Quash Subpoenas [Filed June 28, 2007; Docket #44] is **denied without prejudice** as moot.