IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-02625-WDM-MEH

COLORADO OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND,

　　Plaintiff,

v.

CLARKE & SAMPSON, INC.,

　　Defendant.

## NOTICE OF DISMISSAL

　　The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

　　DATED at Denver, Colorado, on September 28, 2007.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Walker D. Miller
　　　　　　　　　　　　　　　　　　United States District Judge

PDF FINAL